STATE OF NEW JERSEY v. GEORGE TYRONE HUTCHINSON.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE TYRONE HUTCHINSON.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BRANTLEY D. DRUMMOND.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WASHINGTON.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERTO SERRET.

February 11, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 21)